UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEMPER INDEPENDENCE INSURANCE COMPANY,
*as subrogee of Bonnie Garms,*

        Plaintiff,

v.                                               Case No. 18-cv-355-pp

GREE USA, INC.,

        Defendant.

**ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 23) AND DISMISSING CASE**

On April 30, 2019, the parties filed a stipulation to dismiss case with prejudice. Dkt. No. 23. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** with prejudice and with each party to bear its own costs.

Dated in Milwaukee, Wisconsin this 30th day of April, 2019.

                                                      **BY THE COURT:**

                                                      _____
                                                      **HON. PAMELA PEPPER**
                                                      **United States District Judge**